HEATHER WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRAVIS GREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-0099 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| TRAVIS GREY, | Date: July 16, 2013 |
| | Time: 9:45 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

The parties request that the Status Conference in this case be continued from July 2, 2013, to July 16, 2013 at 9:45 a.m. They stipulate that the time between July 2, 2013 and July 16, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: June 28, 2013          Respectfully submitted,

                                     HEATHER WILLIAMS
                                     Federal Defender

                                     /s/ Douglas Beevers
                                     DOUGLAS BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     TRAVIS GREY

Dated: June 28, 2013          BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Lee Bickley
                                     LEE BICKLEY
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference presently set for July 2, 2013, be continued to July 16, 2013, at 9:45 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the July 16, 2013, Status Conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: June 28, 2013          /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Court Judge